In the Matter of the Arbitration between INDUSTRIAL UNION OF MARINE AND SHIPBUILDING WORKERS OF AMERICA, LOCAL 39, C. I. O., Appellant, and TODD SHIPYARDS CORPORATION, Respondent.

Argued May 29, 1950; decided July 11, 1950.

*Samuel L. Rothbard, William Auerbach* and *Emil Oxfeld* for appellant.

*Harry G. Hill* and *Robert B. Lisle* for respondent.

Order of Appellate Division reversed, without costs and matter remitted to the Appellate Division for consideration of the questions of discretion presented. (Civ. Prac. Act, § 1462; cf. *Matter of City of New York [Brooklyn-Battery Tunnel Plaza]*, 300 N. Y. 331, 333.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.